**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In re Arida Management, LLC

Appellate case number:    01-16-00279-CV

Trial court case number:  82657-CV

Trial court:                       23rd District Court of Brazoria County

On April 5, 2016, relator in the above-captioned original proceeding filed a petition for writ of mandamus challenging the trial court's February 10, 2016 Order Granting Motion to Disqualify Attorney. The Court requests that the real parties in interest respond to the petition for writ of mandamus. It is **ordered** that the response of any interested party shall be due on or before **May 5, 2016.**

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                          ☑ Acting individually      ☐ Acting for the Court


Date: April 5, 2016